Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

February 16, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.**  **4:22cr81** |
| | § | |
| | § | |
| | § | |
| **RAUL MANUEL DELACRUZ (51)** | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

RAUL MANUEL DELACRUZ (51)

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on February 10, 2022.

_____
UNITED STATES MAGISTRATE JUDGE